IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:11-CR-00037-CDL-MSH-1 |
| JOHMAR CHANDLER | |

## ORDER DISMISSING PETITION TO REVOKE SUPERVISED RELEASE

WHEREAS the government has requested dismissal of the Petition for violation of supervised release in United States v. Chandler, 4:11-CR-37, pursuant to a written plea agreement in United States v. Chandler, 4:18-CR-47, and the Court has accepted the plea agreement, the Petition in United States v. Chandler, 4:11-CR-37, is hereby DISMISSED.

SO ORDERED, this **19th** day of **August, 2019**.

s/Clay D. Land
Hon. Clay D. Land
Chief United States District Court Judge
Middle District of Georgia
Columbus Division